# Court of Appeals, State of Michigan

## ORDER

Goldcorp, Inc v Varouojan M. Basmajian and Rosalind Basmajian

Docket No. 336893

LC No. 2016-155480-CZ

Jane E. Markey
Presiding Judge

Mark J. Cavanagh

Peter D. O'Connell
Judges

The Court orders that the April 10, 2018 opinion is hereby AMENDED. The opinion contains a clerical error and shall be amended to delete Judge Servitto's name and to replace it with Judge Cavanagh's as a participating Judge in this matter.

In all other respects, the April 10, 2018 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAY 2 1 2018

Date

Chief Clerk